FILED

Name: Jesse GRAHAM
Address: 5727 S. GRAMERCY PL
LOS ANGELES CA 90062
Phone: 323-514-2762
Fax: EMAIL JesseGRAHAMONLINE@GMAIL.COM
EMAIL NEWDAYWORLDWIDERADIOGROUP@GMAIL.COM
In Pro Per
Jesse GRAHAM

2018 JAN 31 PM 4:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ______

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jesse GRAHAM
D.B.A SmiGGeReeN MUSIC
D.B.A. NEWDAYWORLDWIDE RADIO GROUP@GMAIL.COM
Plaintiff

V.

TAYLOR SWIFT, AN INDIVIDUAL, MARTIN SANDBERG, AN INDIVIDUAL, JOHAN SCHUSTER, AN INDIVIDUAL
Defendant(s).

SONY ATV MUSIC PUBLISHING LLC, KOBALT MUSIC PUBLISHING AMERICA INC. A DELAWARE CORPORATION, BIG MACHINE LABEL GROUP, UNIVERSAL MUSIC GROUP, INC., DOES 1-5

CASE NUMBER:
LACV18-00810-PA (Ex)

To be supplied by the Clerk of
The United States District Court

Complaint

PAID
JAN 31 2018
Clerk, US District Court
COURT 4612

Respectfully Submitted

3. On information and belief, Defendant, TAYLOR SWIFT ("Swift"), is a songwriter and a resident of the State of California and, at all material times, is and was doing business in the State of California and within this judicial district.

4. On information and belief, Defendant KARL MARTIN SANDBERG aka Max Martin ("Sandberg"), is a songwriter and a resident of the State of California and, at all material times, is and was doing business in the State of California and within this judicial district.

5. On information and belief, Defendant KARL JOHAN SCHUSTER aka Shellback ("Schuster"), is a songwriter and a resident of the State of California and, at all material times, is and was doing business in the State of California and within this judicial district.

6. Defendant SONY/ATV MUSIC PUBLISHING, LLC ("Sony") is a limited liability company existing under the law of the State of Delaware, admitted and authorized to conduct business in the State of California, and with offices in the County of Los Angeles, State of California. On information and belief, Plaintiffs allege that Sony owns or co-owns the publishing rights in and to the infringing musical composition "*Shake it Off*".

7. Defendant KOBALT MUSIC PUBLISHING AMERICA INC. ("Kobalt") is a Delaware corporation formed with its principal place of business in New York and doing business throughout the State of California including Los Angeles County. On information and belief, Plaintiffs allege that Kobalt owns or co-owns the publishing rights in and to the infringing musical composition "*Shake it Off*".

8. Defendant BIG MACHINE LABEL GROUP, LLC ("Big Machine") is a limited liability company existing under the law of the State of Delaware with its principal place of business in the State of Tennessee and doing business throughout the State of California including Los Angeles County. On information and belief, Plaintiffs allege that Big Machine is the label of record for Defendant Swift and released the infringing musical composition "*Shake it Off*".

9. Defendant UNIVERSAL MUSIC GROUP, INC. ("Universal") is a California corporation formed with its principal place of business in Los Angeles County. On information and belief, Plaintiffs allege that Universal distributes the infringing musical composition "*Shake it Off*".

10. The true names and capacities, whether individual, corporate, or otherwise, of Defendants sued as Does 1 through 5 are unknown to Plaintiffs, who, therefore, sue them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiffs will seek leave of the Court to amend this Complaint accordingly. On information and belief, Plaintiffs allege that each of Does 1 through 5 are liable to Plaintiffs in connection with one or more claims sued upon here and are responsible in some manner for the wrongful acts and conduct alleged here.

## JURISDICTION

11. This court has subject matter jurisdiction, pursuant to 28 U.S.C. §1388(a) because of this court's exclusive jurisdiction over copyright cases.

12. Venue is proper pursuant to 28 U.S.C. § 1400(a) because the

## Parties

1. Plaintiff JESSE GRAHAM D.B.A SMIGGEREEN OF A SMAGGEREEN MUSIC

("Graham") is a songwriter and a resident of the State of California Graham is author of the musical composition entitled "Haters gone Hate" and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

2. On information and belief, Defendant, TAYLOR SWIFT ("Swift"), is a songwriter and a

resident of the State of California and at all material times, is and was doing business in the state of **California and within this Judicial district.**

**General Allegation**

Plaintiff and Haters gone Hate

3. Plaintiff Graham is a Songwriter since the Early 90's and has written 100's of songs cleared through Broad cast music Inc. he is famous for starting many trends since the digital age.

to include the "Random act of Kindness movement in 2013 which spawned one of the first viral photos of a police officer carrying two gallons of milk as a random act of kindness while searching for the Boston bomber.

Plus the New Day movement that spawned the Hip hop move from lyrics of violence and threats

as Graham called for-a move from violent lyrics to celebrate success lyrics and with social conciseness - which spawned New Day songs from such as Jay Z Kanye West, Alicia Keys, and spawned the TV news show New Day

MR Graham Trademarked "New Day" - Then MR Graham wrote a song in response to jealous people and never congratulating and finding fault- he entitled it "Haters Gone Hate"

in the song MR Graham explains that A Hater gone hate and playa gone play so watch out for the them fakers they'll fake you every day –as his main hook of the song which is very similar to Swift main hook of her song. Haters And Fakers have become a part of everyday language – This is the entirety of the song. MR Graham - insists Swifts Lyrics intentionally infringe on his
and he has video of Swift explaining to her producers how subtle things Graham was doing on his recording she wanted to changed but keep – certain parts - I will detail some of the noted similarities of the two songs and will include the video for your inspection.

- Graham song and Swift song are heavy on the" **horns"**, in the video Swift exclaimed that she hated horns as MR. Graham song has horns-and didn't want horn in her song – she states that her partner started playing the horns Again and insisted that they use them in the song, and they did she said that horns scared her since a kid but did decide to use horns as one of the main featured parts to the song (Shake it off)

- Graham's song according to the Swift video she says" it's only a three chord song" and he comes in on the bridge and chorus – then she repeated the lyrics that she had on her cell phone and she says wait wait – "A Hater gone hate and a player gone play watch out for them fakers they'll fake you every day" as she let out a big "scream of laughter" – it is the same as Graham song, 'Haters gone hate" written just one year before swift song in response to Mr. Graham not getting all the love he felt he should have got when he shared a picture of him as an Army vet – he exclaimed that no matter how good you do a " Hater gone hate" Mr Graham has been using the term since 1989 – At Sound Image Studio in Georgia the first Song was entitled "Nice N Slow" as Graham is a pioneer of the computer it was when he wrote another song about Haters saying they were " sippin Hater raid". And the pronunciation of the word gone – and not gonna Graham uses his original unique blend of southern slang in most of his songs – and did indeed use the term in the song recorded in 2005 Who's gonna come to the stage – writing 2000 – Graham points to a lyric sheet and interview where Swift was using the word gone hate – but later after notification she changed the lyrics to Gonna hate Lyric video on You tube has over 2 millions
- Haters gone hate online on You-tube where the video has 2 million views. plus more than one thousand comments split upon racial lines the blacks say yes she copied it the whites say no she didn't.

- Mr Graham was using YouTube as a storage locker but did do some promotions online for the Haters gone hate single and album version an online video plus featured in the Sermon And then I felt like preaching. Which was one of the first viral podcast from the now famous Facebook page.

20% of the song Shake it off –Graham request relief in the amount equal to 20% of of all gross proceeds including licensing, downloads streams and such.– for damages Graham states that he missed all major award shows and endured public scrutiny on more than one thousand comments on you tube – and Graham request his name be added as a writer on future listings as a songwriter.

**Taylor Swift in her own words** video See it now. Mp4

https://drive.google.com/file/d/0B2cd71Ej_cUteWdTT0p6N1BHQ3czR0MtZ1NvRHpJREtBZF9n/view?usp=sharing

**Defendants' Infringement**

26. In 2014, Defendants Swift, Sandberg, and Schuster co-authored the musical composition entitled "*Shake it Off*". The composition was recorded and performed by Defendant Swift and was released to the general public in August 2014.

27. "*Shake it Off*" copies and includes Plaintiffs' lyrical phrase "Playas, they gonna play / And haters, they gonna hate" by featuring the lyrical phrase "Cause the players gonna play, play, play, play, play and the haters gonna hate, hate, hate, hate, hate" prominently throughout the chorus of "*Shake it Off*". In all, the infringed copyrighted material accounts for roughly 20% of "*Shake if Off*".

28. Just like "*Playas Gon' Play*", "*Shake it Off*" continues into a four part lyrical sequence with actors engaging in a type of activity. In Defendants' version, the players and haters are followed by "Heartbreakers gonna break, break, break, break, break/And the fakers gonna fake, fake, fake, fake, fake." The sequence is substantially similar to the sequence in "*Playas Gon' Play*" created by Plaintiffs.

Defendants' Infringement

26. In 2014, Defendants Swift, Sandberg, and Schuster co-authored the musical composition entitled "*Shake it Off*". The composition was recorded and performed by Defendant Swift and was released to the general public in August 2014.

27. "*Shake it Off*" copies and includes Plaintiffs' lyrical phrase "Playas, they gonna play / And haters, they gonna hate" by featuring the lyrical phrase "Cause the players gonna play, play, play, play, play and the haters gonna hate, hate, hate, hate, hate" prominently throughout the chorus of "*Shake it Off*". In all, the infringed copyrighted material accounts for roughly 20% of "*Shake if Off*".

28. Just like "~~*Playas Gon' Play*~~" HATERS GONE HATE, "*Shake it Off*" continues into a four part lyrical sequence with actors engaging in a type of activity. In Defendants' version, the players and haters are followed by "Heartbreakers gonna break, break, break, break, break/And the fakers gonna fake, fake, fake, fake, fake." The sequence is substantially similar to the sequence in "*Playas Gon' Play*" created by Plaintiffs.



SIMULAR LYRICS REAPEED PREDOMINATELY AS GRAHAM SONG SPEAKS OF *HATERS, *PLAYERS *FAKERS

{HATER IS POPULAR WITH PRESIDENT 45}

NOTE

copyright protection.

44. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the copyrighted materials to the public and prepare derivative works.

45. Defendants have continued to copy and publicly perform Plaintiffs' copyrighted material and have authorized the making or distribution of phonorecords substantially utilizing Plaintiffs' copyrighted material in and as part of "*Shake it Off*" throughout the world.

46. Defendants' exploitation of "*Playas Gon' Play*" was made without Plaintiffs' knowledge or consent constitutes a violation of Sections 106 and 501 of the Copyright Act. 17 U.S.C. §§ 106 and 501.

47. Plaintiffs are informed and believe, and based thereon allege, that the foregoing acts of infringement have been willful and intentional, in disregard for and indifference to Plaintiffs' rights.

48. Defendants have profited substantially from their infringing activities, have collected, and continue to collect, fees, and royalties from the sale of the infringing work or any derivatives thereof, and have retained a portion of those fees and royalties without submitting any amount to Plaintiffs. Defendants should be held jointly and severally liable for all profits derived as a result of their infringing activities, whether or not collected and retained by them, as practical partners.

49. As a result of Defendants' willful infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to maximum statutory damages pursuant to 17 U.S.C. § 504(c), or to recover their actual damages and profits attributable to the infringement pursuant to 17 U.S.C. § 504(b), at Plaintiffs' election, and such other relief as is provided by law. Plaintiffs are further entitled to their attorney's fees and full costs pursuant to 17 U.S.C. § 505.

50. The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendants from further infringing Plaintiffs' copyrights, and ordering Defendants to destroy all copies of the infringing work and/or other material made in violation of Plaintiffs' exclusive rights.

WHEREFORE PLAINTIFF JESSE GRAHAM, D.B.A SMIGGEREEN OF A SMAGGEREEN MUSIC D.B.A NEW DAY WORLD WIDE INC BMI PRAY FOR RELIEF AS FOLLOWS

1. FOR A JUDICIAL DETERMINATION THAT PLAINTIFF'S COPYRIGHT HAS BEEN INFRINGED UPON BY DEFENDANTS.

2. FOR DAMAGES IN SUCH AMOUNT AS MAY BE FOUND

permitted by law.

3. For attorney's fees and costs pursuant to 17 U.S.C. §505.

4. For any such other and further relief as the Court may deem just and proper.

Respectfully Submitted

1/31/2018

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to:

District Judge **Ronald S. W. Lew**
Magistrate Judge **Gail J. Standish**

The case number on all documents filed with the Court should read as follows:

**2:15–cv–08422 RSWL(GJSx)**

Most district judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. If this case has been assigned to either Judge Manuel L. Real or Judge Robert J. Timlin, discovery-related motions should generally be noticed for hearing before the assigned district judge. Otherwise, discovery-related motions should generally be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts. gov/judges-requirements, for additional information.

Clerk, U.S. District Court

October 28, 2015
Date

By */s/ Robert Nadres*
Deputy Clerk

---

## ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

Case 2:17-cv-06882-MWF-AS Document 5 Filed 09/18/17 Page 1 of 1 Page ID #:19

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court for the Central District of California |
|---|---|---|
| DOCKET NO.<br>2:17-cv-06882 | DATE FILED<br>9/18/2017 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Sean Hall DBA Gimme Some Hot Sauce Music and Nathan Butler DBA Faith Force Music | Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony/ATV Music Publishing, LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, and Universal Music Group, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA 1-2752485661 | Haters gone Hate | Jesse Graham |
| 2 PA0001911732 | Shake It Off | Taylor Swift, Max Martin, Shellback |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy