UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.**  CV 18-810-MWF (GJSx) | **Date:**  May 25, 2018 |
| Title:   Jesse Graham v. Taylor Swift, et al.   JS-6 | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**     ORDER DISMISSING CASE WITHOUT PREJUDICE

On January 31, 2018, Plaintiff, who is pro se, commenced this copyright infringement action against Defendants. (Complaint, Docket No. 1). Plaintiff alleges that *Shake it Off*, a song performed by Defendant Taylor Swift, infringes upon certain elements of Plaintiff's song, *Haters Gone Hate*. (*See id.*). On March 8, 2018, without the Clerk having previously issued any Summons, Plaintiff filed a "Proof of Service" indicating that he served a summons (but not his Complaint) upon "Taylor Swift and all concerned" by mailing (and only mailing) it to Sony ATV Music Publishing LLC ("Sony") (and no other Defendants). (Docket No. 8).

On March 22, 2018, Defendants filed a motion to dismiss, seeking dismissal of Plaintiff's Complaint for insufficient process and insufficient service of process, pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5), respectively.

In his opposition to Defendants' motion, filed on March 26, 2018 (Docket No. 13), Plaintiff acknowledged the deficiency of his service and requested more time to properly serve Defendants:

> I had an assistant mail proof to address but was incorrectly done – After visiting the pro se clinic I got instructions on how [to effect service]. At this time I request additional time to properly file documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 18-810-MWF (GJSx)**          **Date:  May 25, 2018**
**Title:**     Jesse Graham v. Taylor Swift, et al.

In an order dated April 16, 2018, the Court denied Defendants' motion to dismiss without prejudice and directed Plaintiff to "serve each defendant with a Summons and Complaint and file proof of such service by no later than May 21, 2018." (Docket No. 17).  The Court warned Plaintiff that "[f]ailure to do so will result in dismissal of this action without prejudice." (*Id.*).

On May 3, 2018, Plaintiff filed a proof of service (Docket No. 18) indicating that Plaintiff himself mailed unspecified documents to Sony (and again to no other Defendants) on March 30, 2018 – *i.e.,* **before** the Court issued its April 16 order instructing Plaintiff to properly serve a Summons and Complaint upon each Defendant by no later than May 21, 2018.

It is clear that Plaintiff still has not – after approximately four months – properly served any of the Defendants.  Beyond purporting to himself (which is improper, as service must be made by a non-party) have mailed unspecified documents only to Sony (and no other Defendants), the most obvious deficiency is that Plaintiff cannot possibly have served a Summons upon any of the Defendants because the Clerk has yet to issue a Summons (because Plaintiff has yet to file a request for the Clerk to issue a Summons).

Pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED** *without prejudice*.

IT IS SO ORDERED.

The Court may not provide advice to any party, including persons who are not represented by a lawyer, known as pro se litigants.  However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Pro Se Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal.  In order to benefit from the guidance that the Pro Se Clinic may be in a position to provide, a pro se litigant (in this case, Mr. Graham) has to go there directly.  The Pro Se Clinic is open to members of the public on Mondays, Wednesdays, and Fridays, and is open from 9:30 a.m. to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 18-810-MWF (GJSx) | **Date:** May 25, 2018 |
| **Title:** Jesse Graham v. Taylor Swift, et al. | |

12:00 p.m. (noon) and from 2:00 p.m. to 4:00 p.m. Individuals seeking assistance are seen on a first-come, first-served basis. The clinic is located in the United States Courthouse, 312 North Spring Street, Los Angeles, California, in Room G-19 (on the Main Street level of the courthouse).

Although the Clinic does not provide assistance telephonically, a pro se litigant may call the Pro Se Clinic to obtain further information. The telephone number is (213) 385-2977, ext. 270. Again, the Pro Se Clinic does not provide any assistance over the telephone; the purpose of a telephone call would be *only* to get more information about the Clinic. In addition, the Court has information of importance to pro se litigants on its website, at http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

Pro se litigants are now eligible to receive a login and password for the Court's Case Management/Electronic Case Filing System ("CM/ECF"), so long as they are not incarcerated. Obtaining a login and password to the CM/ECF System allows pro se litigants to receive notification by e-mail when documents are filed in their case. Instructions to sign up for the CM/ECF system are available at https://www.cacd.uscourts.gov/e-filing/pro-se-electronic-filing.